UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE F. POOLE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  13-cv-03231-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

Upon review of the parties' Joint Case Management Statement, it appears that the parties are conducting informal discovery and a Case Management Conference is not necessary at this time.  Accordingly, the Case Management Conference is CONTINUED TO February 13, 2014 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The parties shall file an updated Joint Case Management Statement by February 7, 2014.

Dated: November 8, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge