UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE F. POOLE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  13-cv-03231-MEJ<br><br>**ORDER CONTINUING CMC** |

  This matter is currently scheduled for a Case Management Conference on April 10, 2014. However, as the parties are engaged in settlement negotiations and request a period of an additional 30-45 days to work out a settlement in this case, the Case Management Conference is CONTINUED to June 5, 2014 at 10:00 a.m. in Courtroom B.  The parties shall file an updated statement by May 29, 2014.

  **IT IS SO ORDERED.**

Dated: April 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge