UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIE F. POOLE, | Case No. 13-cv-03231-MEJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING CMC** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter is scheduled for a Case Management Conference on June 5, 2014. Having reviewed the parties' joint statement, the Court CONTINUES the CMC to July 31, 2014 at 10:00 a.m. in Courtroom B. The parties shall file an updated joint statement by July 24, 2014.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge